1
2
3
4
5

# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA REGIONAL ECONOMIC DEVELOPMENT CENTER, LLC et al., <br><br> Plaintiff(s), <br><br> vs. <br><br> UR M. JADDOU, Director of United States Citizenship and Immigration Services, et al., <br><br> Defendant(s). | Case # 2:24-cv-01911-JCM-BNW <br><br> **VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL** <br><br> FILING FEE IS $250.00 |

         Steven C. Reingold     , Petitioner, respectfully represents to the Court:
         (name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

         Saul Ewing LLP
         (firm name)

with offices at    131 Dartmouth Street, Suite 501   ,
         (street address)

   Boston   ,    Massachusetts   ,    02116   ,
   (city)         (state)         (zip code)

   (617) 723-3300   ,    steven.reingold@saul.com   .
 (area code + telephone number)         (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by    Plaintiffs    to provide legal representation in connection with
   [client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

3. That since  February 18, 1999 , Petitioner has been and presently is a
(date)
member in good standing of the bar of the highest Court of the State of  Massachusetts 
(state)
where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| U.S. District Court, District of New Jersey | December 21, 1993 | |
| U.S. District Court, Eastern District of New York | February 10, 1995 | |
| U.S. District Court, Southern District of New York | March 9, 1995 | |
| U.S. District Court, District of Massachusetts | May 21, 1999 | |
| U.S. District Court, District of New Hampshire | May 24, 2004 | |
| U.S. Court of Appeals, First Circuit | August 19, 2008 | |
| U.S. District Court, Northern District of Georgia | October 3, 2022 | |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

None.

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None.

7. That Petitioner is a member of good standing in the following Bar Associations.

New Jersey, New York, Massachusetts, New Hampshire and Georgia.

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1  That Petitioner respectfully prays that Petitioner be admitted to practice before this Court
2  FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF _____Georgia_____ )
COUNTY OF _____Fulton_____ )

_____Steven C. Reingold_____, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

15th day of October, 2024.

_____
Notary Public or Clerk of Court

AZARIA JACKSON
NOTARY PUBLIC
Clayton County
State of Georgia
My Comm. Expires May 8, 2027

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate _____Jonathan D. Blum_____,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

_____Wiley Petersen, 10000 West Charleston Boulevard, Suite 230_____,
(street address)

_____Las Vegas_____, _____Nevada_____, _____89135_____
(city)                           (state)                      (zip code)

_____(702) 910-3329_____, _____jblum@wileypetersenlaw.com_____
(area code + telephone number)         (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation cons agreement and authorization for the designated resident admitted counsel to sign stipulation binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____Jonathan D. Blum_____
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Nick Mallas, Manager, Nev. Reg. Econ. Dev. Cen
(type or print party name, title)

_____
(party's signature)

Stuart Lichter, President, ADC Fernley, LLC
(type or print party name, title)

## CONSENT OF DESIGNEE

The undersigned hereby consents to serve as associate resident Nevada counsel in th

_____
Designated Resident Nevada Counsel's signature

9515                                    jblum@wileypetersenlaw.c
Bar number                              Email address

APPROVED:

Dated: October 18, 2024.

_____
UNITED STATES DISTRICT JUDGE

5

*Verified Petition for Permission to Practice in This Case Only by Attorney
Not Admitted to the Bar of This Court and Designation of Local Counsel*

4. (Continued)

| Court | Date Admitted | Bar Number |
|---|---|---|
| New Jersey | December 21, 1993 | 051081993 |
| New York | January 25, 1994 | 2597201 |
| Massachusetts | February 18, 1999 | 638649 |
| New Hampshire | January 13, 2004 | 16013 |
| Georgia | September 14, 2022 | 952786 |

# Supreme Court of New Jersey



# Certificate of Good Standing

*This is to certify that* **STEVEN C REINGOLD** *(No.* **051081993** *) was constituted and appointed an Attorney at Law of New Jersey on* **December 21, 1993** *and, as such, has been admitted to practice before the Supreme Court and all other courts of this State as an Attorney at Law, according to its laws, rules, and customs.*

*I further certify that as of this date, the above-named is an Attorney at Law in Good Standing. For the purpose of this Certificate, an attorney is in "Good Standing" if the Court's records reflect that the attorney: 1) is current with all assessments imposed as a part of the filing of the annual Attorney Registration Statement, including, but not limited to, all obligations to the New Jersey Lawyers' Fund for Client Protection; 2) is not suspended or disbarred from the practice of law; 3) has not resigned from the Bar of this State; and 4) has not been transferred to Disability Inactive status pursuant to Rule 1:20-12.*

*Please note that this Certificate does not constitute confirmation of an attorney's satisfaction of the administrative requirements of Rule 1:21-1(a) for eligibility to practice law in this State.*



*In testimony whereof, I have hereunto set my hand and affixed the Seal of the Supreme Court, at Trenton, this 26th day of August, 2024.*

*Clerk of the Supreme Court*



*Appellate Division of the Supreme Court*
*of the State of New York*
*Third Judicial Department*

---

*I, Robert D. Mayberger, Clerk of the Appellate Division of the Supreme Court of the State of New York, Third Judicial Department, do hereby certify that*

## Steven Charles Reingold

*was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **January 25, 1994**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.*



*In Witness Whereof, I have hereunto set my hand in the City of Albany on August 27, 2024.*

*Clerk of the Court*

CertID-00188674



*State of New York*
*Supreme Court, Appellate Division*
*Third Judicial Department*
*Admissions Office*
*P.O. Box 7350, Capitol Station*
*Albany, NY 12224-0350*

*Robert D. Mayberger*
*Clerk of the Court*

AD3AdmissionsOffice@nycourts.gov
http://www.nycourts.gov/ad3/admissions
(518) 471-4778

*Anthony A. Moore*
*Director of Attorney Admissions*

To Whom It May Concern:

An attorney admitted to practice by this Court may request a certificate of good standing, which is the only official document this Court issues certifying to an attorney's admission and good standing.

An attorney's registration status, date of admission and disciplinary history may be viewed through the attorney search feature on the website of the Unified Court System.

New York State does not register attorneys as active or inactive.

An attorney may request a disciplinary history letter from the Attorney Grievance Committee of the Third Judicial Department.

Bar examination history is available from the New York State Board of Law Examiners.

Instructions, forms and links are available on this Court's website.

*[signature: Robert D. Mayberger]*

Robert D. Mayberger
Clerk of the Court

Revised January 2022

# COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, SS.

BE IT REMEMBERED, that at the Supreme Judicial Court holden at Boston within and for said County of Suffolk, on **February 18, 1999**, said Court being the highest Court of Record in said Commonwealth:

## Steven C. Reingold

being found duly qualified in that behalf, and having taken and subscribed the oaths required by law, was admitted to practice as an Attorney, and, by virtue thereof, as a Counsellor at Law, in any of the Courts of the said Commonwealth: that said Attorney is at present a member of the Bar, and is in good standing according to the records of this Court*.

In testimony whereof, I have hereunto set my hand and affixed the seal of said Court, this **twenty-seventh** day of **August** in the year of our Lord **two thousand and twenty-four.**

MAURA S. DOYLE, Clerk

* Records of private discipline, if any, such as a private reprimand imposed by the Board of Bar Overseers or by any court, are not covered by this certification. X3116.

Amended January 2022, effective February 2022 for digital and/or electronic attestation for the Supreme Judicial Court for the County of Suffolk.

# The State of New Hampshire Supreme Court

## Certificate of Good Standing

This is to certify that

Steven C. Reingold

having been found qualified for admission to the bar, in accordance with the Rules of Court, and having subscribed and taken the oaths required by law on,

January 13, 2004,

was admitted to practice as an Attorney in the Courts of this State, and, on this date, is on active status and in good standing according to the records of this Court.



*In Testimony Whereof*, I have hereunto set my hand, and affixed the seal of said Court, this 4th day of September 2024

_____, Clerk


# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Mr. Steven Charles Reingold
Saul Ewing LLP
131 Dartmouth Street Suite 501
Boston, MA  02116
UNITED STATES

**CURRENT STATUS:** Active Member-Good Standing
**DATE OF ADMISSION:** 09/14/2022
**BAR NUMBER:** 952786
**TODAY'S DATE:** 08/27/2024

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

STATE BAR OF GEORGIA

*[signature]*

Official Representative of the State Bar of Georgia

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA  30303-2743
404-527-8700 • 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
7402 Hodgson Memorial Drive, Suite 105
Savannah, GA  31406
912-239-9910 • 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA  31793-1390
229-387-0446 • 800-330-0446
Fax 229-382-7435