JASON M. FRIERSON
United States Attorney
District of Nevada
Nevada Bar No. 7709

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Phone: (702) 388-6336
Karissa.Neff@usdoj.gov

*Attorneys for the United States*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| Nevada Regional Economic Development Center LLC, and ADC Fernley LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UR M. Jaddou, Director of United States Citizenship and Immigration Services, and Susan Dibbins, Chief of the Administrative Appeals Office of United States Citizenship and Immigration Services,<br><br>Defendants. | Case No. 2:24-cv-01911-JCM-BNW<br><br>**Stipulation to Extend United States' Deadline to File Response to Plaintiffs' Motion for Preliminary Injunction**<br><br>**(First Request)** |

Plaintiffs, Nevada Regional Economic Development Center LLC, and ADC Fernley LLC, through counsel and the United States of America on behalf of Federal Defendants, through undersigned counsel, hereby stipulate and agree as follows:

1.      Plaintiffs filed their Motion for Preliminary Injunction on October 14, 2024 (ECF No. 5).

2.      The current deadline for the United States to respond to the Plaintiffs' Motion for Preliminary Injunction is November 05, 2024.

Plaintiffs and the United States, through undersigned counsel, agree and stipulate that the United States' time to respond to the Plaintiffs' Motion for Preliminary Injunction shall be extended to November 19, 2024.

The United States requires additional time to review the I-956F application denial, the additional information recently submitted in support of the appeal before the Administrative Appeals Office, and to explore resolution of the action to avoid the expenses of litigation if possible.

Therefore, the parties request that the Court extend the deadline for the United States to file a responsive pleading to Plaintiffs' Motion for Preliminary Injunction to November 19, 2024.

This stipulated request is filed in good faith and not for the purpose of undue delay.

Respectfully submitted this 1st day of November 2024.

JASON M. FRIERSON
United States Attorney

/s/   Jonathan D. Blum
JONATHAN D. BLUM, ESQ.
Nevada State Bar No. 9515
WILEY PETERSEN
10000 West Charleston Blvd., Ste. 230
Las Vegas, Nevada 89135

/s/ Karissa D. Neff
KARISSA D. NEFF
Assistant United States Attorney

*Attorneys for the United States*

/s/ Steven C. Reingold
STEVEN C. REINGOLD, ESQ.
Massachusetts State Bar No. 638649
SAUL EWING LLP
131 Dartmouth Street, Suite 501
Boston, Massachusetts 02116

*Attorneys for Plaintiffs*

**IT IS SO ORDERED:**

_____
UNITED STATES DISTRICT JUDGE

**DATED:** ___November 4, 2024_____

2