JONATHAN D. BLUM, ESQ.
Nevada Bar No. 9515
**WILEY PETERSEN**
10000 West Charleston Blvd., Ste. 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jblum@wileypetersenlaw.com

STEVEN C. REINGOLD, ESQ., admitted pro hac vice
Massachusetts Bar No. 638649
**SAUL EWING LLP**
131 Dartmouth Street, Suite 501
Boston, Massachusetts 02116
Telephone: 617.723.3300
steven.reingold@saul.com

*Attorneys for Plaintiffs Nevada Regional Economic Development Center, LLC and ADC Fernley, LLC*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| NEVADA REGIONAL ECONOMIC DEVELOPMENT CENTER, LLC and ADC FERNLEY, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>UR M. JADDOU, Director of United States Citizenship and Immigration Services, and SUSAN DIBBINS, Chief of the Administrative Appeals Office of United States Citizenship and Immigration Services,<br><br>Defendants. | Case No. 2:24-cv-01911-JCM-BNW<br><br>**STIPULATION OF DISMISSAL** |

///
///
///
///
///
///

1

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs Nevada Regional Economic Development Center LLC and ADC Fernley LLC, and defendants Ur M. Jaddou, Director of United States Citizenship and Immigration Services, and Susan Dibbins, Chief of the Administrative Appeals Office of United States Citizenship and Immigration Services, hereby stipulate to the dismissal of all claims without prejudice, with each party to bear her or its own attorneys' fees and costs.

DATED this 15th day of November, 2024.

JONATHAN D. BLUM
Nevada Bar No. 9515
WILEY PETERSEN
10000 West Charleston Blvd., Ste. 230
Las Vegas, Nevada 89135
Telephone: 702.910.3329
Facsimile: 702.553.3467
jblum@wileypetersenlaw.com

STEVEN C. REINGOLD
admitted pro hac vice
Massachusetts Bar No. 638649
SAUL EWING LLP
131 Dartmouth Street, Suite 501
Boston, Massachusetts 02116
Telephone: 617.723.3300
steven.reingold@saul.com

*Attorneys for Plaintiffs*

/s/ Karissa D. Neff

JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709

KARISSA D. NEFF
Assistant United States Attorney
Nevada Bar No. 9133
501 Las Vegas Blvd. So., Suite 1100
Las Vegas, Nevada 89101
Telephone: (702) 388-6336
karissa.neff@usdoj.gov

*Attorneys for Defendants*

IT IS SO ORDERED:

UNITED STATES DISTRICT JUDGE

DATED: November 20, 2024